IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

OSIRIS AARA I M HETEP )
HORUS DEY )
)
v. ) NO. 3-11-0671
) JUDGE CAMPBELL
PEOPLES HOME EQUITY, INC., )
    et al. )

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 73) and Plaintiff's Objections thereto (Docket No. 80).

Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(3) and Local Rule 72.03(b)(3), the Court has reviewed *de novo* the Report and Recommendation, the Objections, and the file. The Objections of the Plaintiff are overruled, and the Report and Recommendation is adopted and approved.

Accordingly, this action is DISMISSED, and the Clerk is directed to close the file. Any pending Motions are denied as moot, and this Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

                                                                   _____
                                                                   TODD J. CAMPBELL
                                                                   UNITED STATES DISTRICT JUDGE